UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KEVIN WALDEN,

       Petitioner,

                           File No: 2:07-CV-244

v.

                           HON. ROBERT HOLMES BELL

ROBERT KAPTURE,

       Respondent.
                             /

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On September 22, 2010, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Petitioner Kevin Walden's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. (Dkt. No. 25.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. Upon review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

    **IT IS HEREBY ORDERED** that the R&R (Dkt. No. 25) is **APPROVED and ADOPTED** as the opinion of the Court.

    **IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Dkt. No. 1) is **DENIED**.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**. 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473 (2000).

Dated: October 18, 2010                             /s/ Robert Holmes Bell
                                                          ROBERT HOLMES BELL
                                                          UNITED STATES DISTRICT JUDGE